**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

EDWARD C. WUCHTER
*Debtor*

US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST
*Movant*

vs.

EDWARD C. WUCHTER,
*Debtor/Respondent*

KENNETH E. WEST, Esquire,
*Trustee/Respondent*

Bankruptcy No. 26-12593-pmm

Chapter 13

**OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN**

US Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ("Movant"), through its attorneys, Hladik, Onorato & Federman, LLP, objects to the confirmation of the Chapter 13 Plan (the "Plan") filed by Edward C. Wuchter ("Debtor"), as follows:

1. As of the bankruptcy filing date of June 17, 2026, Movant holds a secured claim against the Debtor's property located at 208 Gregg Lane, Avondale, PA 19311 (the "Property").
2. Movant is in the process of filing a Proof of Claim, which will be filed by the Proof of Claim Bar date of August 26, 2026. The estimated total of Movant's secured claim is $575,227.53, with estimated pre-petition arrears of $85,456.82.
3. The Plan does not provide for the full repayment of Movant's pre-petition arrears.
4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).
5. The Plan violates 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.
6. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor) is not feasible. Movant requests that an Amended Chapter 13 Plan be filed, the bankruptcy case either be converted to a Chapter 7, or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

Date: 07/30/2026

HLADIK, ONORATO & FEDERMAN, LLP

BY: /s/ Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
PA Attorney ID# 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone: (215) 855-9521
Email: dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

EDWARD C. WUCHTER
*Debtor*

US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST
*Movant*
vs.
EDWARD C. WUCHTER,
*Debtor/Respondent*
KENNETH E. WEST, Esquire,
*Trustee/Respondent*

Bankruptcy No. 26-12593-pmm

Chapter 13

**CERTIFICATE OF SERVICE OF OBJECTION TO CHAPTER 13 PLAN**

I, the undersigned attorney, attorney for US Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust, certify that a copy of the attached Objection to Chapter 13 Plan has been served upon the parties below, on the date set forth below:

Brad J. Sadek, Esquire
VIA CM/ECF NOTIFICATION
*Attorney for Debtor*

Kenneth E. West, Esquire
VIA CM/ECF NOTIFICATION
*Chapter 13 Trustee*

Edward C. Wuchter
208 Gregg Lane
Avondale, PA 19311
VIA REGULAR CLASS MAIL
*Debtor*

Date: 07/30/2026

HLADIK, ONORATO & FEDERMAN, LLP

BY: /s/ Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
PA Attorney ID# 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone: (215) 855-9521
Email: dboyle-ebersole@hoflawgroup.com